James J. Yukevich, SBN 159896
jyukevich@yukelaw.com
Cristina M. Ciminelli, SBN 206201
cciminelli@yukelaw.com
Nina J. Kim, 251593
nkim@yukelaw.com
YUKEVICH CAVANAUGH
501 West Broadway, Suite 806
San Diego, CA 92101
Telephone: (619) 400-4872
Facsimile: (619) 400-4873

Paul Richter,* NY SBN 2558237
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

David Sochia,* TX SBN 00797470
dsochia@McKoolSmith.com
Ashley N. Moore,* TX SBN 24074748
amoore@McKoolSmith.com
Richard A. Kamprath,* TX SBN 24078767
rkamprath@McKoolSmith.com
Alexandra Easley,* TX SBN 24099022
aeasley@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court Suite 1500
Dallas, TX 75201

*Pro Hac Applications forthcoming

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BELL SEMICONDUCTOR, LLC<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>QUALCOMM TECHNOLOGIES, INC.<br><br>　　　　　　Defendant. | Case No.  3:22-cv-01526-TWR-RBB<br><br>**CORPORATE DISCLOSURE STATEMENT** |

CORPORATE DISCLOSURE STATEMENT
Case No. 3:22-cv-01526-TWR-RBB

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Bell Semiconductor, LLC hereby discloses the following information:

1) The identity of any parent corporation: Hilco Patent Acquisition 56 LLC; Hilco IP Merchant Capital, LLC and Hilco, Inc.

2) The identify of any publicly held corporation that owns 10% or more of its stock:

None.

DATED: October 7, 2022

Respectfully submitted,

/s/ *James J. Yukevich, Esq.*
James J. Yukevich, SBN 159896
jyukevich@yukelaw.com
Cristina M. Ciminelli, SBN 206201
cciminelli@yukelaw.com
Nina J. Kim, SBN 251593
nkim@yukelaw.com
**YUKEVICH CAVANAUGH**
501 West Broadway, Suite 806
San Diego, CA 92101
Telephone: (619) 400-4872
Facsimile: (619) 400-4873

Paul Richter*
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

| | |
|---|---|
| 1 | |
| 2 | David Sochia* |
|   | dsochia@McKoolSmith.com |
| 3 | Ashley N. Moore* |
|   | amoore@McKoolSmith.com |
| 4 | Richard A. Kamprath* |
| 5 | rkamprath@McKoolSmith.com |
|   | Alexandra Easley* |
| 6 | aeasley@McKoolSmith.com |
| 7 | **MCKOOL SMITH, P.C.** |
|   | 300 Crescent Court Suite 1500 |
| 8 | Dallas, TX 75201 |
| 9 | |
| 10 | *Pro Hac Vice Applications forthcoming* |
| 11 | *Attorneys for Plaintiff Bell Semiconductor, LLC* |
| 12 | |

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

DATED: October 7, 2022                    Respectfully submitted,

*/s/ James J. Yukevich, Esq.*
James J. Yukevich, SBN 159896
jyukevich@yukelaw.com