# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELL SEMICONDUCTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INC., <br><br> Defendant. | Case No. 22-cv-0595-BAS-KSC <br> Case No. 22-cv-1266-BAS-KSC <br> Case No. 22-cv-1526-BAS-KSC <br> Case No. 22-cv-1796-BAS-KSC <br><br> **ORDER GRANTING JOINT MOTIONS TO DISMISS** |

Before the Court are the parties' joint motions to dismiss the above-captioned proceedings in light of a global resolution they have reached. (Case No. 22-cv-0595, ECF No. 60; Case No. 22-cv-1266, ECF No. 23; Case No. 22-cv-1526, ECF No. 20; Case No. 22-cv-1796, ECF No. 22 (collectively, "Joint Motions").)

Under Rule 41(a)(1)(A), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *or* (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(i), (ii); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective upon the filing of a compliant notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required.  *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal.

Feb. 16, 2007).  A dismissal is without prejudice unless the parties stipulate otherwise. Fed. R. Civ. P. 41(a)(1)(B).

Nonetheless, the local civil rules of this district require that where, as here, litigants seek voluntary dismissal by filing a signed stipulation pursuant to Rule 41(a)(1)(A)(ii), such a stipulation must be filed as a joint motion.[1]  In accordance with this district's local civil rules, the parties filed Rule 41(a)(1)(A)(ii)-compliant stipulations in all four above-captioned cases, which they styled as a Joint Motions

Having considered the parties' requests, the Court **GRANTS** the Joint Motions and **DISMISSSES WITH PREJUDICE** the four above-captioned proceedings.  The parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

**DATED: February 6, 2023**

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.